# Ωmega CONSULTING

CA: 08 - 337 GMS

7706 Pinebrook Drive • San Antonio, Tx 78230 • Phone-(210) 430-0649 • Fax-(206) 888-4687 • omega77x7@yahoo.com

June 30, 2008

<u>Via Overnight Mail</u>
U.S. District Court for Delaware
ATTN: CLERK OF COURT / FILING DEPARTMENT
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519

    Re:    Omega Consulting (a Texas business) vs. Lee Way Holding (a Delaware company)

    1.    REQUEST FOR ADDITIONAL SUMMONS

Dear Sirs\Madams:

Please issue an additional summons as requested herein. In particular, the process has server has experienced difficulty effectuating service upon the corporation's former registered agent. Therefore, service of process is being requested pursuant to Ohio statutes, which permit the process to served on the Secretary of State as agent for the corporation.

Thanks for your prompt attention.

Respectfully yours,

Eric Dangerfield, Pro Se

