

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

July 16, 2008

Jennifer Brunner
Ohio Secretary of State,
180 East Broad Street,
16th Floor,
Columbus, OH 43215

Re: Omega Consulting, as Assignee of Mike Albert Leasing, Inc., Pltf vs. Lee Way Holding Company, Dft.

Case No. 08-337

Dear Ms. Brunner,

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for LEE WAY HOLDING COMPANY

LEE WAY HOLDING COMPANY is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,


Jacqueline Witzman
Process Specialist

Log# 513639184

cc: Delaware U.S. District Court
    J. Caleb Boggs Fed. Bldg.,
    Lockbox 18,
    844 N King St., Rm. 4209,
    Wilmington, DE 19801-3570