


**Jennifer Brunner**
Secretary of State
State of Ohio

## PROOF OF SERVICE

Date of Service: July 9, 2008                Case Number: 08-337

            Omega Consulting   **VERSUS**   Lee Way Holding Company

The Secretary of State of Ohio received service of process, notice or demand as the statutory agent for Lee Way Holding Company at 100 W. 10th Street, Wilmington, DE, 19801 under Section 1703.19 of the Ohio Revised Code. Service was forwarded via certified mail to [any available address of the company, any address shown on the company's last franchise tax report filed in this state, and any different address set forth in the affidavit.] The Secretary of State has fulfilled its statutory obligation under the Ohio Revised Code, and service upon the company shall be deemed to have been made.

                                                       Sincerely,

                                                       Jennifer Brunner
                                                     Secretary of State

LMF
2643