

**Jennifer Brunner**
Secretary of State
State of Ohio

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUL 18 AM 9:51

SS

## PROOF OF SERVICE

Date of Service: July 9, 2008                                Case Number: 08-337

Omega Consulting   **VERSUS**   Lee Way Holding Company

The Secretary of State of Ohio received service of process, notice or demand as the statutory agent for Lee Way Holding Company at 2605 Commercial Lane, Columbus, OH, 43232 under Section 1703.19 of the Ohio Revised Code. Service was forwarded via certified mail to the address set forth in the affidavit. The Secretary of State has fulfilled its statutory obligation under the Ohio Revised Code, and service upon the company shall be deemed to have been made.

Sincerely,

*Jennifer Brunner*

Jennifer Brunner
Secretary of State

LMF
2643

180 East Broad Street, 16th Floor • Columbus, Ohio 43215 • (877) SOS-FILE