AO 440 (Rev. 03/08) Civil Summons

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUL 18 AM 9:49

# UNITED STATES DISTRICT COURT
for the

Omega Consulting, as Assignee of Mike Albert Leasing, INc.
)
Plaintiff
)
v.
)
Lee Way Holding Company
)
Defendant
)

Civil Action No. 08-337-GMS

## Summons in a Civil Action

To: *(Defendant's name and address)*

Lee Way Holding Company
c/o Ohio Secretary of State
180 East Broad Street
Columbus, OH 43215

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: __7/11/08__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __7/8/08__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Allison Marshall__; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __7/8/08__

_____
Server's signature

__D. Westfall ; Process Server__
Printed name and title

__2862 Johnstown Rd, Columbus, OH 43219__
Server's address

ABC PROCESS SERVICE
"We Serve You by Serving Others"
Established 1975
4834 Swiss Avenue
Dallas, Texas 75204

Omega Consulting
7706 Pinehurst Dr.
San Antonio, Tx 78230